1 **WO** SVK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jesus Ortiz Mendez, | ) | No. CV 07-0926-PHX-SMM (LOA) |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| U.S. Marshalls, | ) | |
| Defendants. | ) | |

Plaintiff Jesus Ortiz Mendez, who is confined in the Central Arizona Detention Center in Florence, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983. Plaintiff did not pay the $350.00 filing fee. By Order dated May 15, 2007, the Court denied Plaintiff's Application to Proceed *In Forma Pauperis* because Plaintiff did not use the court-approved form; the Court gave Plaintiff 30 days to either pay the filing fee or file a completed Application to Proceed *In Forma Pauperis*. Plaintiff filed a second Application to Proceed, but it, too, was deficient. By Order dated June 7, 2007, the Court gave Plaintiff a final opportunity to pay the fee or file a completed Application to Proceed *In Forma Pauperis*.

Plaintiff filed a third Application to Proceed *In Forma Pauperis* (Doc. #8). It too is deficient. Because Plaintiff has had three opportunities to file a completed Application to Proceed *In Forma Pauperis* and was warned that this opportunity was his final opportunity, the Court will deny the third Application to Proceed *In Forma Pauperis* and direct the Clerk of Court to enter a judgment of dismissal without prejudice of this case.

### I.      Payment of Filing Fee

When bringing an action, a prisoner must either pay the $350.00 filing fee in a lump sum or, if granted the privilege of proceeding *in forma pauperis*, pay the fee incrementally as set forth in 28 U.S.C. § 1915(b)(1).  An application to proceed *in forma pauperis* requires an affidavit of indigence and a *certified* copy of the inmate's trust account statement for the six months preceding the filing of the Complaint.  28 U.S.C. § 1915(a)(2).  An inmate must submit statements from each institution where he was confined during the six-month period.  Id.  To assist prisoners in meeting these requirements, the Court requires use of a form application.  LRCiv 3.4(a).

### II.     Third Application Fails to Comply With Statute

Plaintiff has used the court-approved application, but he has not submitted a certified six-month trust account statement.  Plaintiff submitted the "Certification of Correctional Official," however he has failed to provide the Court with the trust account statement itself.  This is the identical deficiency as was in Plaintiff's second Application to Proceed.

Because Plaintiff has been given three opportunities to submit a completed Application to Proceed *In Forma Pauperis* and has not done so, the Court will direct the Clerk of Court to dismiss this case.

Accordingly,

**IT IS ORDERED** that Plaintiff's third Application to Proceed *In Forma Pauperis* (Doc. #8) is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** and the Clerk of Court shall enter a judgment of **dismissal without prejudice**.

DATED this 9th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge